UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| DOROTHY BANTA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CAPITAL ONE BANK (USA), N.A., § <br> § <br> Defendant. § | Case No. 7:18-cv-00117-DC |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Dorothy Banta and Defendant Capital One Bank (USA), N.A. notify the Court that they have reached a settlement in this matter. The parties are preparing a written settlement agreement and expect to file a joint stipulation of dismissal with prejudice within 45 days.

Respectfully Submitted,

| | |
|---|---|
| */s/ Alyson J. Dykes* | */s/ Adam C. Ragan* |
| Alyson J. Dykes | Adam C. Ragan |
| **LAW OFFICES OF JEFFREY LOHMAN** | **HUNTON ANDREWS KURTH LLP** |
| 4740 Green River Road, Suite 310 | 1445 Ross Ave., Suite 3700 |
| Corona, CA 92880 | Dallas, Texas 75202 |
| T: 657-500-4317 | 214-468-3322 |
| F: 657-227-0270 | 214-979-3959 (fax) |
| Alysond@jlohman.com | aragan@HuntonAK.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |