# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | | |
|---|---|---|---|
| DOROTHY BANTA | § | | |
| | § | | |
| V. | § | NO. | MO:18-CV-117 DC |
| | § | | |
| CAPITAL ONE BANK (USA), N.A. | § | | |

## ORDER

The parties have notified the Court they have settled this case pursuant to the Joint Notice of Resolution (Doc. 15) filed February 6, 2019. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated.  Counsel in this case is ordered to file the papers necessary to dismiss this action on or before THIRTY (30) days from the date of this order.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 7th day of February, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE